# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E'DRICK BROWN, | )   1:14cv00705 DLB PC |
| | ) |
| Plaintiff, | )   ORDER TO SHOW CAUSE WHY ACTION |
| | )   SHOULD NOT BE DISMISSED FOR |
| vs. | )   FAILURE TO PROSECUTE AND FAILURE |
| | )   TO FOLLOW COURT ORDER |
| PETERSON, | ) |
| | )   TWENTY-ONE DAY DEADLINE |
| Defendants. | ) |

Plaintiff E'drick Brown ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action.  Plaintiff filed this action on May 12, 2014.  Pursuant to Court order, Plaintiff filed a First Amended Complaint on November 5, 2014.[1]

On March 31, 2015, the Court dismissed the First Amended Complaint with leave to amend.  Plaintiff was ordered to file an amended complaint within thirty (30) days of the date of service of the order.  Plaintiff requested and received three extensions of time.  Pursuant to the July 27, 2015, order granting his third extension, Plaintiff's amended complaint was due on or about September 1, 2015.  Plaintiff has not filed an amended complaint within this time frame.

---

[1] Plaintiff consented to the jurisdiction of the United States Magistrate Judge on May 21, 2014.

Accordingly, Plaintiff is ORDERED TO SHOW CAUSE, if any he has, why this action should not be dismissed for his failure to follow a Court order and failure to prosecute.  Plaintiff must file a response to this order within twenty-one (21) day of the date of service.

Plaintiff may also comply with this order by filing an amended complaint pursuant to the March 31, 2015, order.

<u>Failure to respond will result in dismissal of this action</u>.


IT IS SO ORDERED.

Dated:   **September 11, 2015**              /s/ *Dennis L. Beck*
                                       UNITED STATES MAGISTRATE JUDGE

2