# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E'DRICK BROWN,<br><br>               Plaintiff,<br><br>   vs.<br><br>PETERSON,<br><br>               Defendants. | 1:14cv00705 DLB PC<br><br>ORDER DISCHARGING ORDER<br>TO SHOW CAUSE<br>(Document 17)<br><br>**ORDER REQUIRING PLAINTIFF TO FILE AMENDED COMPLAINT WITHIN THIRTY (30) DAYS** |

      Plaintiff E'drick Brown ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action. Plaintiff filed this action on May 12, 2014. Pursuant to Court order, Plaintiff filed a First Amended Complaint on November 5, 2014.[1]

      On March 31, 2015, the Court dismissed the First Amended Complaint with leave to amend. Plaintiff was ordered to file an amended complaint within thirty (30) days of the date of service of the order. Plaintiff requested and received three extensions of time.

      On September 11, 2015, after Plaintiff failed to file an amended complaint, the Court issued an order to show cause why the action should not be dismissed.

      Plaintiff responded to the order to show cause on October 13, 2015. He explains that High Desert State Prison, where he is currently incarcerated, has been on lockdown due to race

---

[1] Plaintiff consented to the jurisdiction of the United States Magistrate Judge on May 21, 2014.

1

riots.  As a result, he has not been able to access his legal property.  Plaintiff believes that inmate movement should return to normal on October 12, 2015.

       Accordingly, for good cause, the order to show cause is DISCHARGED.

       Plaintiff SHALL file an amended complaint pursuant to the Court's March 31, 2015, order within thirty (30) days of the date of service of this order.

       <u>Failure to comply with this order will result in dismissal of this action.</u>

IT IS SO ORDERED.

    Dated:   **October 15, 2015**                /s/ *Dennis L. Beck*
                                                      UNITED STATES MAGISTRATE JUDGE